IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE | ) | |
| UNITED STATES OF AMERICA FOR AN ORDER | ) | Case No. |
| AUTHORIZING THE INSTALLATION AND USE OF | ) | |
| A PEN REGISTER AND TRAP AND TRACE DEVICE | ) | 15-CM-60087-EFM |

## **MOTION TO UNSEAL**

Comes now the United States, by and through Mona L. Furst, Assistant United States Attorney for the District of Kansas, and moves the Court for an order that the Order Authorizing the Installation and Use of a Pen Register and Trap and Trace Device in case number 15-CM-60087-EFM together with the application and affidavit in support thereof filed on September 16, 2015, be unsealed.

In support of this motion, the United States declares that disclosure of the Application, Affidavit and Order is necessary as part of discovery in an indicted criminal case.

WHEREFORE, the United States requests that the Order Authorizing the Installation and Use of a Pen Register and Trap and Trace Device in case number 15-CM-60087-EFM**,** together with the application and affidavit in support thereof in the above-captioned case be unsealed.

        Respectfully submitted,

        BARRY R. GRISSOM
        United States Attorney

        S/Mona L. Furst
        MONA L. FURST, #13162
        Assistant U.S. Attorney
        1200 Epic Center, 301 N. Main
        Wichita, Kansas 67202
        Telephone: (316) 269-6481
        Fax: (316) 269-6484
        E-mail: mona.furst@usdoj.gov