IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE | ) | |
| UNITED STATES OF AMERICA FOR AN ORDER | ) | Case No. |
| AUTHORIZING THE INSTALLATION AND USE OF | ) | |
| A PEN REGISTER AND TRAP AND TRACE DEVICE | ) | 15-CM-60087-EFM |

ORDER

On motion of counsel for the Government, good cause appearing therefore,

IT IS ORDERED that the Order Authorizing the Installation and Use of a Pen Register and Trap and Trace Device in case number 15-CM-60087-EFM, together with the application and affidavit in support thereof filed on September 16, 2015, be unsealed.

S/KENNETH G. GALE
HONORABLE KENNETH G. GALE
UNITED STATES MAGISTRATE JUDGE